In the Matter of the Probate of the Will of LILLIAN E. STONE, Deceased.

KATHERINE HERSHEY et al., Appellants; CAROLINE G. McCONNELL, as Executrix of LILLIAN E. STONE, Respondent.

Argued May 27, 1942; decided June 18, 1942.

*DeSilver Drew* and *W. J. Wetherbee* for appellants.

*Alger A. Williams* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.